**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 507 WAL 2014
:
                Respondent :
                     : Petition for Allowance of Appeal from the
                     : Order of the Superior Court
          v. :
:
:
:
RICO  GREEN, :
:
                Petitioner :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.